IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH D. | : | |
| *BY AND THROUGH HER PARENTS* | : | |
| *TINA AND CARL D.,* ET AL. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 09-4837 |
| | : | |
| COLONIAL SCHOOL DISTRICT | : | |

**SCHEDULING ORDER**

AND NOW, this <u>14th</u> day of <u>  January  </u> 2010, after an Initial Pretrial Scheduling Conference with counsel, it is ORDERED as follows:

1. All fact and expert discovery shall be completed no later than April 30, 2010.

2. Dispositive motions shall be filed no later than May 28, 2010.  Responses to dispositive motions shall be filed no later than June 15, 2010.

3. A settlement conference with Magistrate Judge Lynne A. Sitarski will be scheduled upon the request of counsel.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge

1