**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| E. D., by and through her Parents, T.D. and C.D., and T.D. and C.D., individually,<br>　　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Colonial School District,<br>　　　　　　　　　　　　　　Defendant. | 09-cv-4837 |

**UNOPPOSED MOTION TO SEAL
RECORDS LOCATED AT ECF Nos. 16, 17, 18, 21, and 22**

Plaintiffs hereby request that the Court seal the records found at ECF Nos. 16, 17, 18, 21, and 22 in this matter and, in support of this motion, aver as follows:

1. This action involves the claims of a minor, E.D.
2. It has come to counsel's attention that some exhibits filed in connection with the Motion for Summary Judgment (ECF Nos. 16, 17, 18, 21, 22) contain information that should have been redacted.
3. Defendant does not oppose this Motion to Seal.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　REISMAN CAROLLA GRAN LLP

　　　　　　　　　　　　　　　　　　　　　　*/s/ Catherine Merino Reisman*
**Dated**: November 14, 2011　　　　　　　Catherine Merino Reisman
　　　　　　　　　　　　　　　　　　　　　　ID No. 57473
　　　　　　　　　　　　　　　　　　　　　　19 Chestnut Street
　　　　　　　　　　　　　　　　　　　　　　Haddonfield NJ  08033-1810
　　　　　　　　　　　　　　　　　　　　　　t 856.354.0071
　　　　　　　　　　　　　　　　　　　　　　f 856.873.5640
　　　　　　　　　　　　　　　　　　　　　　creisman@reismancarolla.com

　　　　　　　　　　　　　　　　　　　　　　**Attorneys for E.D., T.D. and C.D.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| E. D., by and through her Parents, T.D. and C.D., and T.D. and C.D., individually,<br>　　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Colonial School District,<br>　　　　　　　　　　　　　　Defendant. | 09-cv-4837 |

**ORDER**

　　　　AND NOW, this _____ day of _____, 2011, upon consideration of Plaintiffs' Unopposed Motion to Seal (ECF No. 27), IT IS ORDERED that the Motion is GRANTED and the documents located at ECF Nos. 16, 17, 18, 21 and 22 are placed under seal.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Surrick, J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| E. D., by and through her Parents, T.D. and C.D., and T.D. and C.D., individually,<br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Colonial School District,<br>　　　　　　　　　　　　　Defendant. | 09-cv-4837 |

　　　　I, Catherine Merino Reisman, hereby certify that on this date I filed plaintiffs' Unopposed Motion to Seal Records at ECF Nos. 16, 17, 18, 21 and 22 and provided e-mail notification of the filing to the following individual. The Motion was filed electronically and is available for viewing and downloading from the ECF system.

　　　　　　　　　　　　Karl A. Romberger, Jr., Esquire
　　　　　　　　　　　　Sweet, Stevens, Katz & Williams LLP
　　　　　　　　　　　　331 East Butler Avenue
　　　　　　　　　　　　New Britain PA  18901
　　　　　　　　　　　　krombeerger@sweetstevens.com


　　　　　　　　　　　　　　　　　　　　　/s/ *Catherine Merino Reisman*
Dated: November 14, 2011　　　　　　　Catherine Merino Reisman
　　　　　　　　　　　　　　　　　　　　　Reisman Carolla Gran LLP
　　　　　　　　　　　　　　　　　　　　　19 Chestnut Street
　　　　　　　　　　　　　　　　　　　　　Haddonfield NJ  08033-1810
　　　　　　　　　　　　　　　　　　　　　t 856.354.0071
　　　　　　　　　　　　　　　　　　　　　f 856.873.5640
　　　　　　　　　　　　　　　　　　　　　creisman@reismancarolla.com