# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E.D., by and through her parents, T.D. and C.D., and T.D. and C.D. individually, | : : : | Civil Action |
| | : | No. 09-cv-4837 |
| Plaintiffs | : : : | |
| v. | : : | |
| Colonial School District, | : : | |
| Defendant | : | Hon. R. Barclay Surrick |

## DEFENDANT'S UNOPPOSED MOTION
## FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Defendant, Colonial School District, moves for leave to file a Supplemental Brief in Support of Motion for Judgment on the Administrative record (Count I) and for Summary Judgment (Counts II and III), which is attached to this Motion as Exhibit "A." Counsel for the parties conferred via email communication on February 15, 2016, regarding this Motion and Plaintiffs do not oppose Defendant's Motion.

WHEREFORE, Defendant respectfully requests that its Motion be granted and that the Clerk be direction to file the attached Supplemental Brief.

                                                    Respectfully submitted,

                                                    Sweet, Stevens, Katz & Williams LLP

Date: February 25, 2016               By: /s/ Karl A. Romberger, Jr.
                                                     Karl A. Romberger, Jr., Esquire, PA60636
                                                       331 Butler Avenue, Post Office Box 5069
                                                     New Britain, Pennsylvania  18901
                                                     t:  (215) 345-9111
                                                     kromberger@sweetstevens.com
                                                     *Attorneys for Defendant*,
                                                     Colonial School District

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E.D., by and through her parents, T.D. and C.D., and T.D. and C.D. individually, | : : : | Civil Action |
| | : | No. 09-cv-4837 |
| Plaintiffs | : : : | |
| v. | : : | |
| Colonial School District, | : : | |
| Defendant | : | Hon. R. Barclay Surrick |

**CERTIFICATE OF SERVICE**

I, Karl A. Romberger, Jr., Esquire, counsel for Defendant, hereby certify that a true and correct copy of the foregoing Defendant's Unopposed Motion for Leave to File Supplemental Brief is being served this day upon:

Catherine Merino Reisman, Esquire
Reisman Carolla P.C.
19 Chestnut Street
Haddonfield, New Jersey  08033-1810

                                      Sweet, Stevens, Katz & Williams LLP

Date: February 25, 2016        By: /s/ Karl A. Romberger, Jr.
                                           Karl A. Romberger, Jr., Esquire, PA60636
                                           331 Butler Avenue
                                           Post Office Box 5069
                                           New Britain, Pennsylvania  18901
                                           t:  (215) 345-9111
                                           kromberger@sweetstevens.com
                                           *Attorneys for Defendant*,
                                           Colonial School District