**REISMAN • CAROLLA • GRAN** LLP

19 Chestnut Street
Haddonfield, NJ 08033
P: 856.354.0021
F: 856.873.5640
www.rcglawoffices.com

Catherine Merino Reisman*
Amelia Carolla*
Judith A. Gran**
Sarah E. Zuba*

*Admitted in NJ & PA
**Admitted in PA

catherine@rcglawoffices.com
direct dial:  856.354.0071

March 22, 2017

*Via ECF*
The Honorable R. Barclay Surrick
Senior United States District Judge
United States District Court for the
    Eastern District of Pennsylvania
8614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    *E.D., et al. v. Colonial Sch. Dist.*,
            Civil Action No. 09-cv-4837

Dear Judge Surrick:

    As the Court is aware, this firm represents plaintiffs in the above-referenced matter. Today, the Supreme Court issued an opinion in *Endrew F. v. Douglas County Sch. Dist. No. 1*, No. 15-827, the first case in which the Court has considered the meaning of "free appropriate public education" since *Bd. of Educ. of Hendrick Hudson Sch. Dist. v. Rowley*, 458 U.S. 176 (1982). I have consulted with opposing counsel and both parties would like permission to submit, simultaneously, supplemental briefing on the impact of this decision on the pending cross-motions.

    If the Court is inclined to grant permission, I have included a proposed form of Order.

                              Respectfully submitted,

                              *s/ Catherine Merino Reisman*

                              Catherine Merino Reisman

cc:    Karl A. Romberger, Jr., Esquire (by ECF)
       T.D. and C.D. (by email)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E.D., *et al.*,<br>Plaintiffs,<br>v.<br>Colonial School District,<br>Defendant. | Civil Action<br><br>No. 09-cv-4837<br><br>Surrick, J. |

## ORDER

AND NOW, this ____ day of _____, 2017, upon consideration of the parties' joint request to file Memoranda of Law regarding supplemental authority, IT IS ORDERED that the each party may file, on or before March 30, 2017, a Memorandum addressing the impact of *Endrew F. v. Douglas County Sch. Dist. No. 1*, No. 15-827 (March 22, 2017) on the pending motions.

_____
Surrick, J.