IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E.D., *et al.*, <br> Plaintiffs, <br> v. <br> Colonial School District, <br> Defendant. | Civil Action <br> No. 09-cv-4837 <br> Surrick, J. |

**ORDER**

AND NOW, this 23rd day of March, 2017, upon consideration of the parties' joint request to file Memoranda of Law regarding supplemental authority, IT IS ORDERED that the each party may file, on or before March 30, 2017, a Memorandum addressing the impact of *Endrew F. v. Douglas County Sch. Dist. No. 1*, No. 15-827 (March 22, 2017) on the pending motions.

Surrick, J.